USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: /2/8/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KLAUBER BROTHERS, INC.,

Plaintiff,

- against -

RUSSELL-NEWMAN, INC.,
THE BON-TON STORES, INC.,

Defendants.

**ORDER**

11 Civ. 4985 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will hold a phone conference in this matter on Thursday, December 15,

at 5:30 p.m.  Counsel for both sides are directed to call Chambers (212-805-0224) once on the

line.

Dated:  New York, New York
        December 7, 2011

SO ORDERED.

Paul Gardephe

Paul G. Gardephe
United States District Judge