**DUANE MORRIS LLP**
By: Vanessa C. Hew
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
Fax: +1 212 692 1020
Attorney for The Bon-Ton Stores, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Klauber Brothers, Inc., | : |
| Plaintiff, | : |
| v. | : |
| Russell-Newman, Inc. and The Bon-Ton Stores, Inc., | : CIVIL ACTION NO.<br>: 11 CIV 4985(PGG) |
| Defendants. | : |

## DEFENDANT THE BON-TON STORES, INC.'S NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel in this action for The Bon-Ton Stores, Inc., and requests that all future correspondence and papers in connection with this action be directed to the undersigned.

DATED: New York, New York
       February 7, 2012

Respectfully submitted,
DUANE MORRIS LLP

By: __s/ Vanessa C. Hew_____
    Vanessa C. Hew, Esq.
    VCHew@duanemorris.com
1540 Broadway
New York, NY 10036-4086
(212) 692-1062 (telephone)
(212) 202-6151 (facsimile)
*Attorney For Defendant*