**DUANE MORRIS LLP**
By:     R. Terry Parker
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
Fax: +1 212 692 1020
Attorney for The Bon-Ton Stores, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Klauber Brothers, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Russell-Newman, Inc. and The Bon-Ton Stores, Inc., <br><br> Defendants. | CIVIL ACTION NO. <br> 11 CIV 4985(PGG) |

### DEFENDANT THE BON-TON STORES, INC.'S NOTICE OF APPEARANCE OF COUNSEL

   PLEASE TAKE NOTICE that the undersigned hereby appears as counsel in this action for The Bon-Ton Stores, Inc., and requests that all future correspondence and papers in connection with this action be directed to the undersigned.

DATED: New York, New York
          February 7, 2012

Respectfully submitted,
DUANE MORRIS LLP

By: __s/_R. Terry Parker_____
          R. Terry Parker, Esq.
          TParker@duanemorris.com
1540 Broadway
New York, NY 10036-4086
(212) 692-1089 (telephone)
(212) 214-0725 (facsimile)
*Attorney For Defendant*