# DuaneMorris*

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

SUZAN JO, ESQ.
DIRECT DIAL: (212) 692-1088
PERSONAL FAX: 212.214.0924
E-MAIL: sjo@duanemorris.com

www.duanemorris.com

April 4, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/12
```

SENT BY FAX

Honorable Paul G. Gardephe
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl St.
New York NY 10007-1312

Re: **Klauber Brothers, Inc. v. Russell-Newman, Inc., and The Bon-Ton Stores, Inc., Civil Action No. 11-Civ-4985 (PGG)**

Dear Judge Gardephe:

We are counsel to Defendant The Bon-Ton Stores, Inc. ("Bon-Ton"). We write in accordance with the Court's instructions to propose the following briefing schedule for Bon-Ton's Motion to Dismiss:

Motion to Dismiss due:                    Monday, April 30, 2012
Opposition to Motion to Dismiss due:      Friday, May 18, 2012
Reply to Motion to Dismiss due:           Friday, May 25, 2012

The undersigned has conferred with counsel for Plaintiff, Philip H. Gottfried, Esq., who agreed to the proposed briefing schedule.

Sincerely,

Suzan Jo, Esq.

**SO ORDERED:**

Paul G. Gardephe, U.S.D.J.
April 4, 2012

cc: Philip H. Gottfried, Esq. (*by Fax*)
    Vanessa C. Hew, Esq. (*by Email*)
    Terry Parker, Esq. (*by Email*)

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036-4086                         PHONE: +1 212 692 1000   FAX: +1 212 692 1020