# AMSTER ROTHSTEIN & EBENSTEIN LLP

*Intellectual Property Law*

90 Park Avenue
New York NY 10016

Main   212 336 8000
Fax    212 336 8001
Web    www.arelaw.com

| Partners | | | |
|---|---|---|---|
| Morton Amster | Joseph M. Casino | Brian A. Comack | Suzue Fujimori |
| Jesse Rothstein (1934-2003) | Michael V. Solomita | David A. Boag | David R. Widomski |
| Daniel Ebenstein | Charles R. Macedo | | Jessica Capasso |
| Philip H. Gottfried | Michael J. Kasdan | *Associates* | Brian Amos, Ph.D. |
| Neil M. Zipkin | | Patrick Boland* | Andrei Vounigescu |
| Anthony F. Lo Cicero | *Senior Counsel* | Matthieu Hausig | Sanjeev Mehta |
| Kenneth P. George | Marion P. Metelski | Jung S. Hahm | Michael P. Kochka* |
| Abraham Kasdan, Ph.D. | Alan D. Miller, Ph.D. | Norajean McCaffrey | Robert M. Bilozu, Jr. |
| Ira E. Silfin | Marc J. Jason | Benjamin M. Halpern* | |
| Chester Rothstein | Richard S. Mandaro | Benjamin Charkow | * Not admitted in New York |
| Craig J. Arnold | Max Vern | Robert Burak | |
| | Holly Pekowsky | Samuel Lo | |

May 11, 2012

<u>Via Facsimile</u>

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

Philip Gottfried
Direct 212 336 8040
E-mail pgottfried@arelaw.com

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: May 15, 2012

Re: Klauber Brothers, Inc. v. Russell-Newman, Inc.
    and The Bon-Ton Stores, Inc.
    Civil Action No. 11 CIV 4985 (PGG)
    Our File: 46628/0048

Dear Judge Gardephe:

We represent Plaintiff, Klauber Brothers, Inc. ("Klauber") in the above-identified matter and have conferred and agreed with Vanessa C. Hew, Esq., counsel for The Bon-Ton Stores, Inc. ("Bon-Ton") to a revision of the briefing schedule for Bon-Ton's Motion To Dismiss.

We have requested and Ms. Hew has agreed to a one-week extension, and Ms. Hew has requested and we have agreed to a two-week extension, subject to the Court's approval.

If the Court approves, the revised due dates would be as follows:

Opposition to Motion to Dismiss due:     Friday, May 25, 2012
Reply to Opposition to Dismiss due:      Friday, June 8, 2012

Respectfully submitted,

AMSTER, ROTHSTEIN & EBENSTEIN LLP
Attorneys for Klauber Brothers, Inc.

*/s/ Philip Gottfried*
Philip Gottfried

PHG/djl

cc: Suzan Jo, Esq. (via e-mail)
    Vanessa C. Hew, Esq. (via e-mail)
    Terry Parker, Esq. (via e-mail)
    Klauber Brothers, Inc. (via e-mail)

512570.1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/12
```