**DUANE MORRIS** LLP
Vanessa C. Hew
Suzan Jo
R. Terry Parker
1540 Broadway
New York, NY 10036
(212) 692-1000
*Counsel for Defendant*
*The Bon-Ton Stores*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KLAUBER BROTHERS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 11-CV-4985 |
| v. | ) (PGG) |
| | ) |
| | ) ECF Case |
| RUSSELL-NEWMAN INC., and | ) |
| THE BON-TON STORES, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the declaration of R. Terry Parker, the exhibits thereto, and upon all the pleadings, the undersigned, on behalf of defendant The Bon-Ton Stores, Inc., hereby moves this Court for an order granting the motion of defendant The Bon-Ton Stores, Inc. to dismiss plaintiff Klauber Brothers Inc.'s Third Amended Complaint.

Dated:  New York, NY
        April 30, 2012

DUANE MORRIS LLP

By:  /s/ _____
Vanessa C. Hew
Suzan Jo
R. Terry Parker
1540 Broadway
New York, NY 10036

(212) 692-1000

*Counsel for defendant
The Bon-Ton Stores, Inc.*

Case 1:11-cv-04985-PGG   Document 17   Filed 06/08/12   Page 2 of 3

Case 1:11-cv-04985-PGG   Document 17   Filed 06/08/12   Page 3 of 3