Philip H. Gottfried
(*pgottfried@arelaw.com*)
Marc J. Jason
(*mjason@arelaw.com*)
Holly Pekowsky
(*hpekowsky@arelaw.com*)
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York  10016
(212) 336-8000
Attorneys for Plaintiff

United States District Court
Southern District of New York

| | |
|---|---|
| KLAUBER BROTHERS, INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>RUSSELL-NEWMAN, INC. and<br>THE BON-TON STORES, INC.,<br><br>              Defendants. | 11 Civ. 4985 (PGG) |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Opinion & Order (Dkt. No. 23) entered in this action on the 26th day of March, 2013, granting the Motion to Dismiss by Defendant The Bon-Ton Stores, Inc.

| | |
|---|---|
| Dated:   April 24, 2013<br>             New York, NY | /s/*Philip H. Gottfried*<br>Amster, Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY 10016<br><br>Attorneys for Plaintiff,<br>    Klauber Brothers, Inc. |

540774.1

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served by electronic mail this 24th day of April, 2013 on the following pursuant to the parties' agreement:

>Vanessa C. Hew
>Suzan Jo
>R. Terry Parker
>Duane Morris LLP
>1540 Broadway
>New York, NY  10036
>*vchew@duanemorris.com*
>*sjo@duanemorris.com*
>*tparker@duanemorris.com*

AMSTER, ROTHSTEIN & EBENSTEIN LLP

*/s/Wanda K. Walker*
Wanda K. Walker

540774.1