Philip H. Gottfried
(*pgottfried@arelaw.com*)
Marc J. Jason
(*mjason@arelaw.com*)
Holly Pekowsky
(*hpekowsky@arelaw.com*)
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York  10016
(212) 336-8000
Attorneys for Plaintiff

United States District Court
Southern District of New York

| | |
|---|---|
| KLAUBER BROTHERS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>RUSSELL-NEWMAN, INC. and<br>THE BON-TON STORES, INC.,<br><br>    Defendants. | 11 Civ. 4985 (PGG) |

**DISCLAIMER OF INTENT TO AMEND**

Notice is hereby given that Plaintiff Klauber Brothers, Inc. hereby disclaims its intent to further amend the Complaint in the above-named case. *See Connecticut Nat'l Bank v. Fluor Corp.*, 808 F.2d 957, 961 (2d Cir. 1987).

Dated:   April 25, 2013
                   /s/*Philip H. Gottfried*
                   Amster, Rothstein & Ebenstein LLP
                   90 Park Avenue
                   New York, NY 10016

                   Attorneys for Plaintiff,
                    Klauber Brothers, Inc.

541454.1

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served by electronic mail this 25th day of April, 2013 on the following pursuant to the parties' agreement:

>Vanessa C. Hew
>Suzan Jo
>R. Terry Parker
>Duane Morris LLP
>1540 Broadway
>New York, NY  10036
>*vchew@duanemorris.com*
>*sjo@duanemorris.com*
>*tparker@duanemorris.com*

AMSTER, ROTHSTEIN & EBENSTEIN LLP

*/s/Wanda K. Walker*
Wanda K. Walker

541454.1