UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

NEW YORK

------------------------------------------------------------ x

| | |
|---|---|
| KLAUBER BROTHERS INC., <br> Plaintiff, <br><br> vs. <br><br> RUSSELL-NEWMAN INC. and <br> THE BON-TON STORES, INC., <br> Defendants. | Civil Action No. 11 CIV 4985 (PGG) <br><br> STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS <br><br> ECF Case |

------------------------------------------------------------ X

WHEREAS defendant The Bon-Ton Stores, Inc. ("Defendant") has served plaintiff Klauber Brothers, Inc. ("Plaintiff") with a Motion for Attorneys' Fees and Costs;

WHEREAS the deadline for Plaintiff to serve Defendant with its opposition papers is currently April 29, 2013;

WHEREAS Plaintiff has requested an extension to May 6, 2013 to serve its opposition papers due to scheduling and logistical conflicts, and Defendant has consented to this request;

WHEREAS this is the first request for an extension, and the requested extension would not affect any other dates in the case,

It is hereby STIPULATED and AGREED by and between Plaintiff and Defendant, through their respective counsel, that Plaintiff shall have up to and including May 6, 2013 to serve Defendant with its opposition to Defendant's Motion for Attorneys' Fees and Costs; and Defendant shall have up to and including May 17, 2013 to serve Plaintiff with its reply in further support of its Motion.

541412.1

|  |  |
|---|---|
| | AMSTER, ROTHSTEIN & EBENSTEIN, LLP |
| | Attorneys for plaintiff Klauber Brothers, Inc. |
| | 90 Park Avenue |
| | New York, NY 10016 |
| | 212-336-8000 (main) |
| | 212-336-8001 (facsimile) |
| Date: April 25, 2013 | Philip H. Gottfried |
| | pgottfried@arelaw.com |
| | Marc J. Jason |
| | mjason@arelaw.com |

|  |  |
|---|---|
| | DUANE MORRIS LLP |
| | Attorneys for defendant The Bon-Ton Stores, Inc. |
| | 1540 Broadway |
| | New York, New York 10036-4086 |
| | Telephone: (212) 692-1000 |
| | Facsimile: (212) 692-1020 |
| Date: April 26, 2013 | Vanessa C. Hew |
| | vchew@duanemorris.com |
| | Suzan Jo |
| | sjo@duanemorris.com |
| | Terry Parker |
| | tparker@duanemorris.com |

SO ORDERED:

_____
Honorable Paul G. Gardephe
United States District Judge

Date:_____, 2013

541412.1