UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

NEW YORK

------------------------------------------------------------- x

| | |
|---|---|
| KLAUBER BROTHERS INC., <br> Plaintiff, <br><br> vs. <br><br> RUSSELL-NEWMAN INC. and <br> THE BON-TON STORES, INC., <br> Defendants. | Civil Action No. 11 CIV 4985 (PGG) <br><br> STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS <br><br> ECF Case |

------------------------------------------------------------- X

WHEREAS defendant The Bon-Ton Stores, Inc. ("Defendant") has served plaintiff Klauber Brothers, Inc. ("Plaintiff") with a Motion for Attorneys' Fees and Costs;

WHEREAS the deadline for Plaintiff to serve Defendant with its opposition papers is currently April 29, 2013;

WHEREAS Plaintiff has requested an extension to May 6, 2013 to serve its opposition papers due to scheduling and logistical conflicts, and Defendant has consented to this request;

WHEREAS this is the first request for an extension, and the requested extension would not affect any other dates in the case,

It is hereby STIPULATED and AGREED by and between Plaintiff and Defendant, through their respective counsel, that Plaintiff shall have up to and including May 6, 2013 to serve Defendant with its opposition to Defendant's Motion for Attorneys' Fees and Costs; and Defendant shall have up to and including May 17, 2013 to serve Plaintiff with its reply in further support of its Motion.

541412.1



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/26/13

Date: April 25, 2013

AMSTER, ROTHSTEIN & EBENSTEIN, LLP
Attorneys for plaintiff Klauber Brothers, Inc.
90 Park Avenue
New York, NY 10016
212-336-8000 (main)
212-336-8001 (facsimile)

_____
Philip H. Gottfried
pgottfried@arelaw.com
Marc J. Jason
mjason@arelaw.com

Date: April 26, 2013

DUANE MORRIS LLP
Attorneys for defendant The Bon-Ton Stores, Inc.
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

_____
Vanessa C. Hew
vchew@duanemorris.com
Suzan Jo
sjo@duanemorris.com
Terry Parker
tparker@duanemorris.com

SO ORDERED:

_____
Honorable Paul G. Gardephe
United States District Judge

Date: April 26, 2013

541412.1