**DUANE MORRIS LLP**
Vanessa C. Hew
Suzan Jo
R. Terry Parker
1540 Broadway
New York, NY 10036
(212) 692-1000
*Counsel for Defendant*
*The Bon-Ton Stores*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KLAUBER BROTHERS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 11-CV-4985 |
| v. | ) (PGG) |
| | ) |
| | ) ECF Case |
| RUSSELLL-NEWMAN INC., and | ) |
| THE BON-TON STORES, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the declaration of Suzan Jo, the exhibits thereto, and upon all the pleadings and proceedings heretofore had herein, the undersigned, on behalf of defendant The Bon-Ton Stores, Inc., hereby moves this Court for an order granting defendant The Bon-Ton Stores, Inc.'s Motion for Attorneys' Fees and Costs Complaint.

[SIGNATURE ON FOLLOWING PAGE]

Dated: New York, NY
April 9, 2013

DUANE MORRIS LLP

By: /s/ Suzan Jo
    Vanessa C. Hew
    vchew@duanemorris.com
    Suzan Jo
    sjo@duanaemorris.com
    Terry Parker
    tparker@duanemorris.com
    1540 Broadway
    New York, NY 10036
    (212) 692-1000

*Counsel for Defendant*
*The Bon-Ton Stores, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Motion to be served by electronic mail this 9th day of April, 2013 on the following pursuant to the parties' agreement:

Philip Gottfried, Esq.
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
E-mail: pgottfried@arelaw.com

/s/ Suzan Jo
_____